UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  STEVEN WAYNE BONILLA | No. 2:23-cv-01694-TLN-KJN |
| | No. 2:23-cv-01695-TLN-KJN |
| | No. 2:23-cv-01699-TLN-KJN |
| | No. 2:23-cv-01700-TLN-KJN |
| | No. 2:23-cv-01701-TLN-KJN |
| | No. 2:23-cv-01704-TLN-KJN |
| | No. 2:23-cv-01705-TLN-KJN |
| | No. 2:23-cv-01706-TLN-KJN |
| | No. 2:23-cv-01707-TLN-KJN |
| | No. 2:23-cv-01708-TLN-KJN |
| | **ORDER** |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County.  (*See Bonilla v. Fresno County*, Case No. 2:18-cv-2544-TLN-KJN, ECF No.

1

13). On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new case pleading and assign it to Magistrate Judge Kendall J. Newman for review. (*Id.* at ECF No. 26). If the Court determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed and closed. (*Id.*)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.

Accordingly, the complaints/petitions in Case Nos. 2:23-cv-01694, 2:23-cv-01695, 2:23-cv-01699, 2:23-cv-01700, 2:23-cv-01701, 2:23-cv-01704, 2:23-cv-01705, 2:23-cv-01706, 2:23-cv-01707 and 2:23-cv-01708 are hereby DISMISSED. The Clerk of the Court is directed to close these cases. No further filings will be accepted.

IT IS SO ORDERED.

Date: October 24, 2023

Troy L. Nunley
United States District Judge

2